UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

**DONALD J. NEWTON**,

    Plaintiff,

v.

Case No. 25-cv-12559
Hon. Matthew F. Leitman

**EARLY WARNING SERVICES, LLC,**

    Defendant.
_____/

## ORDER DENYING PLAINTIFF'S MOTION FOR EMERGENCY TEMPORARY RESTRAINING ORDER (ECF No. 7)

In this action, *pro se* Plaintiff Donald J. Newton alleges that Defendant Early Warning Services, LLC, violated the Fair Credit Reporting Act.  The Court granted Newton's application to proceed in forma pauperis, but the summons and complaint have not yet been served on Early Warning Services.

Now before the Court is a motion by Newton for a temporary restraining order. (*See* Mot., ECF No. 7.)  In the motion, he asks the Court (1) to bar Early Warning Services from reporting or disseminating allegedly-false information about him and (2) to require Early Warning Services to delete or suppress the information in question.  The motion has not been served on Early Warning Services, nor has Early Warning Services been notified of the motion.  The motion is **DENIED**.

1

Under Federal Rule of Civil Procedure 65(b)(1), a court may only issue "a temporary restraining order without written or oral notice to the adverse party" if (1) "specific facts in an affidavit or a verified complaint clearly show that immediate and irreparable injury, loss, or damage will result to the movant before the adverse party can be heard in opposition" and (2) the moving party certifies "efforts made to give notice and the reasons why it should not be required." Fed. R. Civ. Proc. 65(b)(1)(A)-(B).  Here, Newton has not satisfied either of these requirements.  He has not explained how immediate or irreparable injury would result if Early Warnings Services were to be notified of his motion, and he has not explained why notice should not be required.  In addition, Newton has not supported his motion with an affidavit or verified complaint, and he has not shown a likelihood of success on the merits.

For these reasons, the Court **DENIES** Newton's motion for emergency relief. The Court will issue injunctive relief in this action, if at all, only after a motion for injunctive relief is served on Early Warning Services and that entity is given a full and fair opportunity to respond to the motion.

**IT IS SO ORDERED.**

s/Matthew F. Leitman
MATTHEW F. LEITMAN
UNITED STATES DISTRICT JUDGE

Dated:  August 25, 2025

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on August 25, 2025, by electronic means and/or ordinary mail.

s/Holly A. Ryan
Case Manager
(313) 234-5126
