UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

DONALD J. NEWTON,

    Plaintiff,

v.

                                  Case No. 25-cv-12559
                                  Hon. Matthew F. Leitman

EARLY WARNING SERVICES, LLC,

    Defendant.
_____/

## ORDER DISMISSING PLAINTIFF'S COMPLAINT (ECF No. 1) WITHOUT PREJUDICE

In this action, *pro se* Plaintiff Donald J. Newton alleges that Defendant Early Warning Services, LLC, violated the Fair Credit Reporting Act and Michigan tort law. (*See* Compl., ECF No. 1.) On August 19, 2025, the Court directed Newton to complete and submit certain documents to the Clerk of the Court so that his Complaint could be served on Early Warning. (*See* Order, ECF No. 5.) Newton failed to do so. Accordingly, on September 24, 2025, the Court issued a second order in which it directed Newton, by no later than October 8, 2025, to either "(1) present the service documents to the Clerk's Office" or "(2) SHOW CAUSE in writing … why this action should not be dismissed." (Order, ECF No. 10, PageID.94.) The Court then warned Newton that the "failure to comply with this order will result in dismissal of this action." (*Id.*)

Newton has not complied with the Court's September 24th order. He has not submitted service documents to the Clerk's Office or explained to this Court why his Complaint should not be dismissed. Nor has Newton contacted the Court to ask for additional time to comply with the Court's directions or provided any explanation for his failure to comply with the Court's orders. Thus, because Newton has failed to comply with the Court's August 19, 2025, and September 24, 2025, orders, the Court **DISMISSES** his Complaint (ECF No. 1) **WITHOUT PREJUDICE**.

    **IT IS SO ORDERED**.

                                      s/Matthew F. Leitman
                                      MATTHEW F. LEITMAN
                                      UNITED STATES DISTRICT JUDGE

Dated: November 10, 2025

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on November 10, 2025, by electronic means and/or ordinary mail.

                                      s/Holly A. Ryan
                                      Case Manager
                                      (313) 234-5126