UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

DONALD J. NEWTON,

    Plaintiff,

v.

Case No. 25-cv-12559
Hon. Matthew F. Leitman

EARLY WARNING SERVICES, LLC,

    Defendant.
_____/

## JUDGMENT

In accordance with the order entered on this day,

**IT IS ORDERED AND ADJUDGED** that Plaintiff's Complaint is **DISMISSED WITHOUT PREJUDICE**.

                              KINIKIA ESSIX
                              CLERK OF COURT

                By:   s/Holly A. Ryan
                         Deputy Clerk

Approved:

s/Matthew F. Leitman
MATTHEW F. LEITMAN
United States District Judge

Dated:  November 10, 2025
Detroit, Michigan